

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Derek Richard Parker

**Plaintiff,**

V.

Mimi Manzano, United States Probation Officer; Ymelda Valenzuela; United States Probation Supervisory Officer; Christopher J. Marco, United States Probation Officer; John Does 1 through 10

**Defendant.**

Civil Action No.   22CV0001-RBM-SBC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' motion to dismiss is granted.

Date:   3/4/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Petersen

J. Petersen, Deputy